NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**FRANK ALANIZ,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

_____

2021-1210

_____

Appeal from the United States Court of Appeals for Veterans Claims in No. 19-2969, Judge Amanda L. Meredith.

_____

**JUDGMENT**

_____

KENNETH DOJAQUEZ, Carpenter Chartered, Topeka, KS, argued for claimant-appellant. Also represented by KENNETH M. CARPENTER.

AMANDA TANTUM, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BRIAN M. BOYNTON, MARTIN F. HOCKEY, JR.; CHRISTOPHER O. ADELOYE, BRIAN D. GRIFFIN, Office of

General Counsel, United States Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, CHEN, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 13, 2022          /s/ Peter R. Marksteiner
    Date                      Peter R. Marksteiner
                              Clerk of Court